180 So. 899

### Archie LAUDERDALE v. STATE.
### 8 Div. 661.

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

178 So. 924

### Walter LAWSON v. STATE.
### 7 Div. 309.

Court of Appeals of Alabama.
Jan. 18, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed.

185 So. 923

### Marvin LAY v. STATE.
### 6 Div. 319.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

176 So. 923

### LEHIGH PORTLAND CO. v. Mrs. J. N. WRIGHT.
### 6 Div. 191.

Court of Appeals of Alabama.
Oct. 5, 1937.

Bradley, Baldwin, All & White, of Birmingham, for appellant.
John W. Altman and Altman, Abele & Hawkins, all of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

185 So. 923

### Dave LEMONS v. STATE.
### 6 Div. 403.

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.